Eddie GAMBLE, Sr., Plaintiff–Appellant,

v.

Vernessa CRADDOCK, Defendant–Appellee,

and

L.T. Wright, Defendant.

No. 13–7735.

United States Court of Appeals, Fourth Circuit.

Submitted: Feb. 27, 2014.

Decided: March 5, 2014.

Eddie Gamble, Sr., Appellant Pro Se. Michael Lockridge, Special Assistant United States Attorney, Butner, North Carolina, for Appellee.

Before NIEMEYER, KING, and AGEE, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Eddie Gamble, Sr., appeals the district court's orders dismissing without prejudice his complaint filed pursuant to *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388, 91 S.Ct. 1999, 29 L.Ed.2d 619 (1971), and denying his motions for reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Gamble v. Craddock*, No. 5:11–ct–03176–FL, 2013 WL 6244684 (E.D.N.C. May 28, 2013 & Aug. 21, 2013). We deny as moot Gamble's motion to expedite and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*